## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **VÁSTAGO PRODUCCIONES, LLC** | § § § | |
| *Plaintiff*, | § § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | _____ |
| | § | |
| **HEAVEN PUBLISHING LLC and MICHAEL RODRIGUEZ,** | § § | **Jury Demand** |
| | § | |
| *Defendants*. | § § | |

### COMPLAINT FOR DECLARATORY JUDGMENT
### OF AUTHORSHIP AND COPYRIGHTS

Plaintiff Vástago Producciones, LLC ("**Vástago**" or "**Plaintiff**") files this Complaint against Defendants Heaven Publishing LLC ("**Heaven Publishing**") and Michael Rodriguez ("**Rodriguez**") (collectively, "**Defendants**"), alleging as follows:

### THE PARTIES

1.      Vástago is a Texas limited liability company, with its principal office in Maricopa County, Arizona. Vástago is, and was at all times mentioned herein, qualified to do business in Texas and Arizona. Vástago is a successful record label and concert promoter.

2.      Defendant Heaven Publishing is a Texas limited liability company with its principal office in Harris County, Texas. Defendant Heaven Publishing is a music

publishing company that monetizes, commercially exploits, and collects royalties for musical compositions. Defendant Heaven Publishing, LLC may be served by service on its registered agent for service of process, Eliseo Tapia Olivares at 819 Cypresswood Bend, Spring, Texas 77373.

3.     Defendant Rodriguez is an individual residing in Maricopa County, Arizona who does business in Harris County, Texas, including with Defendant Heaven Publishing. Defendant Rodriguez's address where he may be served is 28609 N 21st Ln, Phoenix, Arizona 85085. Defendant Rodriguez is a former employee of Vástago who provided services as a musical director.

## JURISDICTION AND VENUE

4.     Jurisdiction is proper in this Court because this litigation arises under federal law, namely 17 U.S.C. § 101 *et seq*, and particularly § 102(a) (Copyright Act). The Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (copyrights), and 28 U.S.C. § 2201 (Declaratory Judgment Act).

5.     This Court has personal jurisdiction over Defendant Heaven Publishing because Heaven Publishing is a Texas limited liability company which maintains its principal place of business in Harris County, Texas. Further, Heaven Publishing conducts substantial business in the state of Texas and within this District and Division.

6.       This Court has personal jurisdiction over Defendant Rodriguez because Rodriguez conducts substantial business in the state of Texas and within this District and Division, including contracts with Texas corporations and the advertising and sale of his services and products to Texas residents. In addition, a substantial part of the events giving rise to the acts at issue herein occurred in this District.

7.       Venue is proper in this district under 28 U.S.C. §§ 1391(b)(1) and (2).

8.       An actual case or controversy has arisen between the parties, specifically with respect to authorship and ownership of 75 musical works, each of which is set forth in **Exhibit "A"** (collectively, the "**Subject Musical Works**"). Although Plaintiff Vástago is the exclusive author owner of the Subject Musical Works, based upon Defendant Rodriguez having made various limited contributions to the Subject Musical Works while working as an employee of Plaintiff Vástago, Rodriguez has recently started to claim to be the exclusive author and owner of the Subject Musical Works. Drawing upon this newfound contention that he is the exclusive author and owner of the Subject Musical Works, Rodriguez has purported to enter into an "exclusive administration agreement" with Defendant Heaven Publishing, whereby Heaven Publishing is now claiming to exclusively control and administer the Subject Musical Works. Accordingly, there is a case or controversy between the parties as to the authorship and the ownership of the copyrights in the Subject Musical Works.

## FACTS

9.     Defendant Rodriguez was a salaried employee of Plaintiff Vástago from approximately December 2003 through July 2017, wherein Defendant Rodriguez provided various services to Vástago in connection with the creation and exploitation of certain musical works and sound recordings, including as a musical director.

10.     Defendant Rodriguez also worked for Plaintiff Vástago in the capacity of an employee prior to December 2003 in connection with the creation of certain of the Subject Musical Works.

11.     As a musical director for Plaintiff Vástago, Defendant Rodriguez was obligated to provide to Vástago, and did provide to Vástago, services that included songwriting and arranging, musical performance, and record production and audio engineering (the "**Employment Services**").

12.     During Rodriguez's provision of the Employment Services to Plaintiff Vástago, Vástago determined when, where, and how Rodriguez would provide the Employment Services, including, at Vástago's instruction, as follows: (a) Vástago designated the Vástago offices from which Rodriguez performed the Services; (b) each time Vástago moved its company office location, Rodriguez similarly moved his personal residence to maintain his employment with Vástago; (c) Rodriguez generally worked during the Vástago company work hours of 9:00 a.m. to 5:00 p.m.; (d) Rodriguez used a Vástago computer and other musical equipment Vástago

4

owned, which Vástago provided to Rodriguez and instructed Rodriguez to use in furtherance of Rodriguez's provision of the musical director Employment Services; (e) Rodriguez used a "@vastago.com" email domain name and address, which Vástago provided to Rodriguez and instructed him to use; (f) Rodriguez often used this Vástago email address when collaborating on the writing and creation of the Subject Musical Works; *and* (g) Rodriguez provided the Employment Services on time schedules set by Vástago, in conjunction with recording sessions for Vástago's recording artists and/or live performance dates for Vástago's performance artists.

13.     As part of his Employment Services for the benefit of Vástago, Rodriguez contributed, to varying degrees, to the writing and creation of the 75 Subject Musical Works for Vástago.

14.     The Subject Musical Works were recorded and/or performed by other Vástago employees, Vástago recording artists, and/or Vástago performing artists, including, without limitation, Vástago's founder and president, Jesús Adrián Romero ("**Romero**").

15.     Rodriguez was employed by Vástago to provide the songwriting, arranging, musical performance, record production, and audio engineering Services at Vástago's directives, and provided these precise Employment Services during the course of his employment with Vástago, and Vástago marketed and commercially exploited the Subject Musical Works and recordings embodying the Subject Musical

Works to the public that were the byproduct of, among many other contributions, Rodriguez's Employment Services.

16.    Rodriguez's contributions to the writing and creation of the Subject Musical Works: (1) occurred in collaboration with other Vástago employees, Vástago recording artists, and Vástago songwriters, and never alone; (2) occurred with Rodriguez playing chords on the piano with each such other Vástago employee, Vástago recording artist, and/or Vástago songwriter proposing their own melody and/or lyrics; (3) often occurred as part of full day writing sessions with such other Vástago employees, Vástago recording artists, and/or Vástago songwriters, at times and places designated by Vástago, during the typical Vástago designated working hours of 9:00 a.m. to 5:00 p.m., with Vástago in each instance, compensating Rodriguez for his Employment Services.

17.    Typically, in connection with the creation of the Subject Musical Works, Rodriguez would meet with Romero along with the Vástago guitarist and percussionist and Romero would either bring already-completed lyrics and/or author the lyrics during these recording sessions, at which point Romero would request that Rodriguez start playing certain chords, whereafter Romero would then start singing a melody and Rodriguez would follow, often following Romero's explicit vocal instructions.

18.     Beyond playing the piano under such explicit and implicit instructions from Vástago, Rodriguez's creative contributions to the Subject Musical Works themselves were minimal and, at most, Rodriguez would suggest a different chord selection or melody for Vástago's final determination. Regardless, all such Employment Services occurred in Rodriguez's capacity as an employee of Vástago while at Vástago company offices or designated locations with Vástago equipment and during Vástago designated hours.

19.     Rodriguez had no role in hiring and paying assistants to perform Rodriguez's Employment Services and, instead, Rodriguez's Employment Services were particular to Rodriguez, with Rodriguez maintaining no authority to delegate his duties or hire or assign other individuals in his stead to provide the requested Employment Services.

20.     Rodriguez was further eligible to receive Vástago employee benefits, including health insurance, which Vástago paid for Rodriguez until in or around 2013.

21.     Vástago also paid or reimbursed Rodriguez's costs and expenses related to his provision of Employment Services, including, without limitation, Rodriguez's costs and expenses related to travel, transportation, food, and musical instruments and equipment, including as related to Rodriguez's writing sessions for the Subject Musical Works.

22.    Rodriguez received his employment related compensation for all the time he was providing the Employment Services, whether the Employment Services were performed Monday through Friday, or on weekends, and whether at Vástago company offices or other Vástago-designated locations.

23.    Upon information and belief, although Rodriguez is a songwriter member of Broadcast Music, Inc. ("**BMI**"), a performance rights organization in the United States that collects blanket license fees from businesses that use music, BMI lists no songs written by Rodriguez that are not co-written with Vástago writers and authors and/or performed by Vástago recording artists.

24.    Under the Copyright Act, "[c]opyright in a work . . . vests initially in the author or authors of the work." 17 U.S.C. § 201(a). "As a general rule, the author is the party who actually creates the work, that is, the person who translates an idea into a fixed, tangible expression entitled to copyright protection." *Cmty. for Creative Non-Violence v. Reid*, 490 U.S. 730, 737, 109 S. Ct. 2166, 104 L.Ed.2d 811 (1989) (citing 17 U.S.C. § 102). However, the Act provides a "works made for hire" exception to this rule. (*Id*). Specifically, an employer becomes the author rather than the person who actually creates the work under certain circumstances, such as if "a work [is] prepared by an employee within the scope of his or her employment," unless there is a written agreement to the contrary. 17 U.S.C. § 101 (defining "work made for hire"); *Id.* § 201(b).

25.     Defendant Rodriguez's contributions to the Subject Musical Works were prepared within the scope of his employment and thereby vested authorship and ownership in Plaintiff Vástago. 17 U.S.C. § 101, 201(b) (a work is "made for hire" under the Copyright Act when it is created by an employee within the scope of his or her employment). In addition, there is no written agreement to the contrary.

26.     Nonetheless, Vástago has recently learned that, in or around December 2022, Defendant Heaven Publishing purported to record a document with the United States Copyright Office pursuant to which Defendant Heaven Publishing is claiming to have been assigned by Defendant Rodriguez the exclusive rights to exploit the Subject Musical Works. A true and correct copy of the United States Copyright Office printout reflecting the filing of this purported transfer of exclusive administration rights in connection with musical works Rodriguez does not own, coupled with the corresponding list of the Subject Musical Works Defendant Heaven Publishing is purporting to control based upon this fictitious assignment, is attached hereto as **Composite Exhibit "B"**.

27.     Drawing upon this purported assignment, Defendant Heaven Publishing has substantially and significantly interfered with and harmed Plaintiff Vástago's ability to distribute and monetize the Subject Musical Works.

28.     In addition, Plaintiff Vástago has learned that Defendant Rodriguez now denies Plaintiff Vástago's exclusive ownership of the copyrights in the Subject

Musical Works and, instead, now claims all the copyrights exclusively to himself. A true and correct copy of an email exchange between Plaintiff Vástago and Rodriguez, wherein Rodriguez claims the Subject Musical Works to be a part of [his] catalog, is attached hereto as **Exhibit "C"**.

29.     The federal questions of authorship of, and copyright ownership in, the Subject Musical Works are in controversy between the parties.

**CLAIM ONE**
**(Declaratory Judgment of Authorship and**
**Copyright Ownership of the Musical Works)**

30.     Plaintiff Vástago incorporates by reference the allegations contained in paragraphs 1 through 29, inclusive.

31.     Pursuant to 28 U.S.C. § 2201 and 17 U.S.C. § 101 *et seq*., this Court may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

32.     Through Plaintiff Vástago's efforts in composing and creating the Subject Musical Works, exclusive ownership of the Subject Musical Works was vested in Plaintiff Vástago at the time of creation.

33.     Plaintiff Vástago has not transferred or assigned its copyrights in the Subject Musical Works to Defendants Rodriguez or Heaven Publishing.

34.     Notwithstanding that Defendant Rodriguez's contributions to the Subject Musical Works were prepared within the scope of his employment and thereby vested authorship and ownership in Plaintiff Vástago, Vástago has recently learned that, in or around December 2022, Defendant Heaven Publishing purported to record a document with the United States Copyright Office pursuant to which Defendant Heaven Publishing is claiming to have been assigned by Defendant Rodriguez the exclusive rights to exploit the Subject Musical Works.

35.     Defendants' ignoring and denying of Plaintiff Vástago exclusive authorship and ownership of the Subject Musical Works adversely impacts Vástago copyrights in the Subject Musical Works.

36.     An actual, present, and justiciable controversy has arisen between Plaintiff Vástago and Defendants concerning authorship and copyright ownership of the Subject Musical Works.

37.     Plaintiff Vástago seeks declaratory judgment from this Court that Plaintiff Vástago owns copyrights in the Subject Musical Works and those copyrights include among other rights, the exclusive right of Plaintiff Vástago to reproduce and distribute the Subject Musical Works, and the exclusive right to use the Subject Musical Works for preparation of derivative works based on the Subject Musical Works.

**PRAYER FOR RELIEF**

**WHEREFORE**, Vástago Producciones, LLC respectfully requests that the Court:

38.     Enter judgment according to the declaratory relief sought.

39.     That the Court enter Declaratory Judgment, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 and the Copyright Act 17 U.S.C. §§ 101, *et seq*., that Plaintiff Vástago Producciones, LLC owns the copyright in and to the Subject Musical Works and that Defendants have no copyright ownership interest or other claim to title in or to the Subject Musical Works or any sound recording embodying the Subject Musical Works.

40.     Award Vástago Producciones, LLC its costs and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

41.     Enter such other further relief to which Vástago Producciones, LLC may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

**DEMAND FOR JURY TRIAL**

42.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Vástago Producciones, LLC hereby demands a jury trial on all issues so triable.

**DATED**: April 18, 2023                    Respectfully submitted,

**HARRIS & GREENWELL**
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 2800-S
Corpus Christi, Texas 78401
Tel: (361) 883-1946
Fax: (361) 882-2900
Email: agreenwell@harris-greenwell.com

By: */s/ Andrew M. Greenwell*
       Andrew M. Greenwell
       State Bar No. 00784170
       Federal Bar No. 15456

**SINGH, SINGH & TRAUBEN, LLP**

By: */s/ Michael A. Trauben*
Michael A. Trauben
CA State Bar No. 277557
(*Pro Hac Vice to be Filed*)
Email: mtrauben@singhtraubenlaw.com
400 South Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

**ATTORNEYS FOR PLAINTIFF**
**VÁSTAGO PRODUCCIONES, LLC**

EXHIBIT "A"

| | **Subject Compositions** | |
|---|---|---|
| 1 | A SUS PIES | |
| 2 | AL ESTAR ANTE TI | |
| 3 | ALEGRENSE LOS CIELOS | |
| 4 | ALZAD OH PUERTAS | |
| 5 | ANTES DE TI | |
| 6 | ARDE MI CORAZON | |
| 7 | BAJO SUS PIES | |
| 8 | BONDADOSO DIOS | |
| 9 | BUSCANDO REFUGIO | |
| 10 | CAIGO RENDIDO | |
| 11 | COMO NEBLINA | |
| 12 | CON TUS OJOS | |
| 13 | CONOCERTE MAS | |
| 14 | CONTIGO QUIERO CAMINAR | |
| 15 | CRECE MAS MI AMOR POR TI | |
| 16 | CUBREME | |
| 17 | CUENTA CONMIGO | |
| 18 | DESEADO DE MI ALMA | |
| 19 | DIOS CON NOSOTROS | |
| 20 | EL BRILLO DE MIS OJOS | |
| 21 | EN LA AZOTEA | |
| 22 | EN LA TORMENTA | |
| 23 | ERAS TU | |
| 24 | ERES MI PADRE | |
| 25 | ES UN ARTE SER MAMA | |
| 26 | ESCOJO VIVIR | |
| 27 | ESTE DIA ESPECIAL | |
| 28 | FUE POR MI | |
| 29 | FUE TU VOZ | |
| 30 | HABLA EL CORAZON | |
| 31 | HASTA ACABAR MI VIAJE | |
| 32 | HOY TENGO LIBERTAD | |
| 33 | INDOMABLE | |
| 34 | JESUS | |
| 35 | JESUS ES REY | |
| 36 | LA NINA Y EL LOBO | |
| 37 | LUCES DE COLORES | |
| 38 | MARIA | |
| 39 | MAS ALTA | |
| 40 | MAS ALTA QUE EL CIELO | |
| 41 | MAS QUE UN ANHELO | |

| 42 | ME HAS ATRAIDO JESUS | |
| 43 | MI VIDA TE DARE | |
| 44 | NAVIDAD YA VA LLEGANDO | |
| 45 | NO HAY ARGUMENTO | |
| 46 | NO MERECIA TANTO AMOR | |
| 47 | NO TIENE FINAL | |
| 48 | NUEVA HISTORIA | |
| 49 | PERO YO ME ACUERDO | |
| 50 | POSTRADO | |
| 51 | PREFIERO A CRISTO | |
| 52 | QUE BAJE EL CIELO | |
| 53 | QUE HUYAN LOS FANTASMAS | |
| 54 | QUEMA | |
| 55 | QUIERO ENTENDER | |
| 56 | RAZONES PA VIVIR | |
| 57 | RESPIRO EL POLVO | |
| 58 | SE DESBARATAN MIS SUENOS | |
| 59 | SI TU NO ESTAS CONMIGO | |
| 60 | SI VES A MI AMADO | |
| 61 | SIEMPRE ESTARAS | |
| 62 | SOBRE LA CRUZ | |
| 63 | SOBRE TU REGAZO | |
| 64 | SOPLA EL VIENTO | |
| 65 | TANTA GRACIA | |
| 66 | TE VENGO A BENDECIR | |
| 67 | TE VEO... OTRA VEZ | |
| 68 | TU AMOR EN MI | |
| 69 | TU ESTAS AQUI | |
| 70 | TU HAS SIDO FIEL | |
| 71 | VEN | |
| 72 | VEN, TE NECESITO | |
| 73 | VIVIRE | |
| 74 | YA ESTOY AQUI | |
| 75 | YO NO ESPERABA | |

EXHIBIT "B"



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Heaven Publishing, LLC
Search Results: Displaying 1 of 1 entries



Labeled View

*A sus pies & 74 other titles;*

| | |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V15011D873 |
| **Date of Recordation:** | 2022-12-19 |
| **Entire Copyright Document:** | V15011 D873 P1-3 |
| **Date of Execution:** | 15Nov18; 12Dec22 |
| **Title:** | A sus pies & 74 other titles; Musical work. |
| **Notes:** | Schedule B To the Exclusive Administration Agreement dated November 15, 2018 Instrument of Transfer of Exclusive Administration and Exploitation Rights of Michael Rodriguez Musical Compositions. |
| **Party 1:** | Michael Rodriguez |
| **Party 2:** | Heaven Publishing, LLC |
| **Links:** | List of titles |
| **Names:** | Rodriguez, Michael |
| | Heaven Publishing, LLC |
| | Michael Rodriguez, Jesus Adrian Romero |





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record ⬍  Format for Print/Save | |
| Enter your email address:  [                    ]  Email | |

This list contains titles in document **V15011D873**

Document title: A sus pies & 74 other titles; Musical work.

The complete document is: **V15011 D873 P1-3**

---

List of titles:

001   A sus pies; Musical work / Michael Rodriguez, Jesus Adrian Romero / From Album: A sus pies.

002   Al Estar ante Ti; Musical work / Michael Rodriguez, Jesus Adrian Romero , Daniel Fraire/ From Album: Te Dare lo Mejor.

003   Alegrense los Cielos; Musical work / Michael Rodriguez, Jesus Adrian Romero / From Album: Portador de tu Gloria.

004   Alzad Oh Puertas; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero / From Album: Te Dare lo Mejor.

005   Antes de Ti; Musical work / Michael Rodriguez, Daniel Fraire/ From Album: Marcela Gandara Live.

006   Arde mi Corazon; Musical work / Jesus Adrian Romero, Michael Rodriguez/ From Album: Arde mi Corazon.

007   Bajo sus pies; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Cerca de Ti.

008   Bondadoso Dios; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire, Carmen Yolanda Rodriguez.

009   Buscando refugio; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: A sus pies.

010   Caigo Rendido; Musical work / Michael Rodriguez, Jesus Adrian Rodriguez, Daniel Fraire/ From Album: Besos en la Frente.

011   Como Neblina; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Tiene Forma de Ti.

012   Con tus Ojos; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Vuelve a Casa.

013   Conocerte Mas; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Tiene Forma de Ti.

014   Contigo Quiero Caminar; Musical work / Michael Rodriguez, Daniel Fraire/ From Album: El mismo Cielo.

015   Crece mas mi Amor por Ti; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: El Brillo de mis ojos.

016   Cubreme; Musical work / Michael Rodriguez, Lilly Goodman/ From Album: Sobrevivire.

017   Cuenta Conmigo; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Ayer te vi..fue mas claro que la luna.

018   Deseado de mi Alma; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Listo Para Nuestro Encuentro.

019   Dios con Nosotros; Musical work / Michael Rodriguez, Daniel Fraire, Daniel Santoy/ From Album: Navidad con Vastago.

020   El brillo de mis ojos; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: El Brillo de mis ojos.

021   En la Azotea; Musical work / Jesus Adrian Romero, Michael Rodriguez, Daniel Fraire/ From Album: Soplando Vida.

022   En la Tormenta; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Vuelve a Casa.

023   Eras Tu; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From El Brillo de mis ojos Edicion Especial.

024   Eres mi Padre; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: El Brillo de mis ojos.

025   Es Un Arte Ser Mama; Musical work / Michael Rodriguez, Daniel Fraire, Damaris Fraire, Carmen Yolanda Rodriguez, Misael Blanco, Natalie Blanco, Melissa Romero.

026   Escojo Vivir; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Epicentro Live.

027   Este dia Especial; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: A sus pies.

028   Fue por mi; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Soplando Vida.

029   Fue tu Voz; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: La Vida que Elegi.

030   Habla el Corazon; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: La Vida que Elegi.

031   Hasta Acabar mi viaje; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Soplando Vida.

032   Hoy tengo Libertad; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Portador de tu Gloria.

033   Indomable; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Epicentro Live.

034   Jesus; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: El Brillo de mis ojos.

035   Jesus Es Rey; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Arde Mi Corazon.

036   La nina y el Lobo; Musical work / Jesus Adrian Romero, Michael Rodriguez, Adrian Roberto Romero/ From Album: Besos en la Frente.

037   Luces De Colores; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire.

038   Maria; Musical work / Michael Rodriguez, Daniel Fraire/ From Album: Navidad con Vastago.

039   Mas Alta; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire.

040    Mas Alta que el Cielo; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Sin ti no Vivo.

041    Mas que un Anhelo; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Mas que un Anhelo.

042    Me has Atraido Jesus; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Con manos vacias .

043    Mi Vida te Dare; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: A sus pies.

044    Navidad Ya Va Llegando; Musical work / Michael Rodriguez, Daniel Fraire, Damaris Fraire, Carmen Yolanda Rodriguez.

045    No hay Argumento; Musical work / Michael Rodriguez, Natividad Blanco, Jesus Adrian Romero/ From Album: Con manos vacias .

046    No Merecia Tanto Amor; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: A sus pies.

047    No Tiene Final; Musical work / Michael Rodriguez, Daniel Fraire/ From Album: Tiene Forma de Ti.

048    Nueva Historia; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Listo Para Nuestro Encuentro.

049    Pero yo me acuerdo; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Besos en la Frente.

050    Postrado; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Epicentro Live.

051    Prefiero a Cristo; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: A sus pies.

052    Que baje el Cielo; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Besos en la Frente.

053    Que huyan los Fantasmas; Musical work / Michael Rodriguez, Jesus Adrian Romero, Adrian Roberto Romero/ From Album: Besos en la Frente.

054    Quema; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero.

055    Quiero Entender; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Te Dare lo Mejor.

056    Razones pa Vivir; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Ayer te vi..fue mas claro que la luna.

057    Respiro el Polvo; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Besos en la Frente.

058    Se desbaratan mis suenos; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Ayer te vi..fue mas claro que la luna.

059    Si tu no estas Conmigo; Musical work / Michael Rodriguez, Daniel Fraire/ From Album: La Vida que Elegi.

060    Si ves a mi Amado; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Vuelve a Casa.

061    Siempre Estaras; Musical work / Michael Rodriguez, Daniel Fraire, Marcela Gandara/ From Album: El mismo Cielo.

062    Sobre la Cruz; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Sin ti no Vivo.

063    Sobre tu Regazo; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: El Brillo de mis ojos.

064    Sopla el Viento; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Vuelve a Casa.

065    Tanta Gracia; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire.

066    Te Vengo a Bendecir; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Te Dare lo Mejor.

067    Te veo otra vez; Musical work / Michael Rodriguez, Daniel Fraire , Jesus Adrian Romero/ From Album: Besos en la Frente.

068    Tu amor en mi; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Epicentro Live.

069    Tu estas Aqui; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: Marcela Gandara Live.

070    Tu has sido FIel; Musical work / Michael Rodriguez, Daniel Fraire, Jesus Adrian Romero/ From Album: Te Dare lo Mejor.

071    Ven; Musical work / Michael Rodriguez, Marcela Gandara, Daniel Fraire/ From Album: El mismo Cielo.

072    Ven te Necesito ft. Jesus Adrian; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Vuelve a Casa.

073    Vivire; Musical work / Michael Rodriguez, Daniel Fraire, Abel Zavala/ From Album: Listo Para Nuestro Encuentro.

074    Ya Estoy Aqui; Musical work / Michael Rodriguez, Jesus Adrian Romero/ From Album: La Vida que Elegi.

075    Yo no Esperaba; Musical work / Michael Rodriguez, Jesus Adrian Romero, Daniel Fraire/ From Album: Epicentro Live.

---

End of titles list for document **V15011D873**

*This is not a legal document.*

**How to obtain a copy of a recorded document: http://www.copyright.gov/circs/circ06.pdf**

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*

EXHIBIT "C"

From: **Michael Rodriguez** <mikerdzmusic@gmail.com>
Date: Wed, Mar 22, 2023 at 3:03 PM
Subject: Re: attachments
To: Regalias Vastago <regalias@vastago.com>, Maritza Gutierrez <maritza@vastago.com>

Your information is incorrect, regarding the communication I received where you claim rights over my catalog, which I categorically deny since there is no document that formally assigns you the task of collecting payments.

Furthermore, the rights you have been managing (Producer royalties and direct licensing for live performances) have been collected based on good faith between the parties.  There have been payments made on your part to myself which historically prove my right to receive these amounts, as well as the fact that Vástago has been collecting payments without any document.

Therefore, I grant you a period of 5 days from the sending of this email, in good faith, to continue making payments for the amounts currently owed.

On Wed, Mar 8, 2023 at 1:29 PM Regalias Vastago <regalias@vastago.com> wrote:

Dear Mike,

Thank you for your message.

In connection with your questions, as you are aware, Vástago is the sole and exclusive owner of the subject compositions at issue.  In that regard, can you please send us a full accounting of all royalties and/or income either you or your publisher have received or collected directly from any third party payors, including, but not limited to, ASCAP, BMI, and YouTube.

On Fri, Mar 3, 2023 at 11:34 AM Michael Rodriguez <mikerdzmusic@gmail.com> wrote:

Attached are producer royalty reports of what was paid prior to 2022.

From: **Michael Rodriguez** <mikerdzmusic@gmail.com>
Date: Fri, Mar 3, 2023 at 11:25 AM
Subject: 1099s
To: <regalias@vastago.com>, Maritza Gutierrez <maritza@vastago.com>

As I mentioned to Maritza, no producer/artist royalties were paid for the year 2022.  Also, vastago has failed to pay for songs used in live performances (Jesus Romero Concerts) since 2020 even though in an exchange in emails it was expressed that this would be honored.  Attached are the emails, reports of the royalties previously paid and concert dates.  There are more concert dates than expressed in these attachments, but these are just examples.  Producer royalties should be paid by the owner of the master and live performance royalties should also be paid when direct licenses are issued.