United States District Court
Southern District of Texas
**ENTERED**
January 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VASTAGO PRODUCCIONES, LLC, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-01432 |
| HEAVEN PUBLISHING, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on January 5, 2024. Doc. #38. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Vastago Producciones, LLC's Partial Motion to Dismiss Defendants' Counterclaims (Doc. #31) is GRANTED IN PART and DENIED IN PART. Accordingly, Defendant Michael Rodriguez's counterclaims for an accounting, unjust enrichment, and conversion are DISMISSED.

It is so ORDERED.

JAN 2 5 2024
Date

The Honorable Alfred H. Bennett
United States District Judge