# Ex. 1

HEAVEN PUBLISHING

**CONTRATO DE PUBLISHING**

Contrato que celebran por una parte **Heaven Publishing LLC** representado en este acto por **Eliseo Tapia** a quien en lo sucesivo se le denominará "**El Editor**" y por otra parte **Michael Rodriguez** a quien en lo sucesivo se le denominará "**El Autor**" con el objeto de que "El Autor" transfiera los derechos de Publishing a "El Editor" respecto de "Las Composiciones" que se detallan en el documento denominado Anexo A, el cual forma parte del presente contrato y bajo las condiciones que se especifican a continuación.

Las partes acuerdan lo siguiente:

**1. DERECHOS SOBRE LAS COMPOSICIONES.**

**(A)** "El Autor" acuerda ceder la administración por un periodo de 2 años al "El Editor", sus sucesores y cesionarios, los derechos de Publishing correspondientes de "Las Composiciones" musicales originales escritas y compuestas por "El Autor" las cuales están listadas en el Anexo, mismas que en lo sucesivo se les denominarán "Las Composiciones", incluyendo de forma enunciativa y no limitativa, los títulos, las palabras y la música de todas y cada una de "Las Composiciones" en cualquiera de sus formas, comprendiendo los arreglos originales de composiciones musicales de dominio público y cualquier renovación o extensión de los mismos en todo el universo, además de la facultad de obtener los ingresos por concepto de derechos de Publishing en todo el universo.

**(B)** "El Editor" declara que por medio del presente contrato únicamente le serán transferidos o cedidos los derechos de autor que le corresponden legalmente como Editor (Publisher) y que "El Autor" mantendrá para sí la totalidad de los derechos de autor (Songwriter/composer) que le corresponden en su calidad de Autor de "Las Composiciones". Es decir, los ingresos que por concepto de derechos de autor recaude o reciba "El Editor" le serán entregados a "El Autor" de forma íntegra de conformidad con el punto 6 del presente contrato, denominado "**MECÁNICA DE PAGO DE REGALÍAS",** manteniendo para sí "El Editor", los ingresos restantes en la calidad que ostenta, los cuáles le están siendo transferidos y son el objeto de este contrato.

**(C)** "El Autor" garantiza y declara que los derechos de Publishing objeto del presente contrato de ninguna de "Las Composiciones" será transferida a algún tercero después de la firma del presente.

**(E)** "El Editor" niega la propiedad o los derechos de Publishing sobre cualquier Composición escrita y compuesta en todo o en parte por "El Autor, distintas a aquellas cubiertas por el presente contrato y denominadas "Las Composiciones".

**(F)** "El Autor" tendrá la opción de renovar por períodos adicionales automáticamente, teniendo en cuenta que después del primer período cualquiera de las partes, podrá cancelar este contrato con previo aviso a la otra parte por escrito con no menos de 60 días de anticipación a la fecha de terminación del mismo, en caso de que "El Editor" No sea notificado, el contrato será auto renovable a los periodos y términos ya establecidos por ambas partes".

HEAVEN PUBLISHING

**2. OBJETO DEL CONTRATO.**

El presente contrato tiene como objeto que “El Autor” transfiera a “El Editor” los derechos de Publishing de “Las Composiciones” bajo las condiciones y alcances que en el mismo contrato se describen.

**3. CESIÓN DE DERECHOS.**

**(A)** “El Editor” tendrá el derecho único, exclusivo y permanente de administrar y explotar “Las Composiciones” en todo el mundo: ejecutar en su nombre todas las licencias y acuerdos que afecten y respeten “Las Composiciones” incluyendo, pero no limitado a licencias para la reproducción mecánica, ejecución pública, sincronización y el uso de “Las Composiciones” en la publicidad, publicación secundaria o publicación en el extranjero: y para asignar o licenciar tales derechos a terceros.

**(B)** Se incluyen dentro de los derechos mencionados anteriormente, sin limitación, la cesión irrevocable de “El Autor” a “El Editor” del derecho único, exclusivo, y permanente en todo el universo con respecto a “Las Composiciones” de la siguiente manera:

**(I)** Para explotar y distribuir “Las Composiciones” públicamente con fines de lucro mediante representación pública y privada, radiodifusión, televisión, transmisión de audio digital o envío de fonograma digital o cualquier otro medio, conocido o por conocerse.
**(II)** Hacer cambios en los títulos y palabras, y hacer cualquier arreglo, adaptación, traducción, dramatización y transposición para y de “Las Composiciones”.
**(III)** Asegurar el registro y protección de los Derechos de Publishing de “Las Composiciones” bajo la forma en la que “El Editor” decida cubriendo éste los costos que conlleve, incluidas todas las renovaciones y extensiones de derechos de autor, así como tener y mantener tales derechos de autor, las renovaciones, extensiones y todos los derechos de cualquier naturaleza que existan, durante la vigencia del presente contrato.
**(IV)** Producir “Las Composiciones” o hacer que se produzcan mecánicamente, electrónicamente o en sincronización con películas y de cualquier otra manera conocida o por conocerse.
**(V)** Imprimir, publicar y vender partituras, orquestaciones, arreglos y otras ediciones de “Las Composiciones” en todas sus formas, incluido el derecho a incluir cualquiera o todas las composiciones en folios de canciones o revistas líricas con o sin música.
**(VI)** Todos y cada uno de los demás derechos de autor ahora existentes o en el futuro en virtud de cualquier derecho establecido legalmente.
**(VII)** El derecho permanente y exclusivo de usar y publicar el nombre de “El
Autor” (incluyendo cualquier nombre profesional adoptado hasta ahora o en adelante por “El Autor”), la imagen, el material biográfico, así como los títulos de “Las Composiciones” relacionadas con la venta y explotación de “Las Composiciones”.

HEAVEN PUBLISHING

**4. GARANTÍAS.**

“El Autor” garantiza por la firma del presente contrato lo siguiente:

**(A)** Que está plena y legalmente capacitado para obligarse en los términos descritos en el presente contrato, específicamente para otorgarle al “El Editor” todos los derechos aquí establecidos, dejándolo a salvo de todas y cada una de las reclamaciones, derechos y obligaciones de cualquier índole.

**(B)** Que todas “Las Composiciones”, incluyendo los títulos, letras, música y composiciones musicales, y todas y cada una de las partes, entregadas y por entregar por “El Autor” a “El Editor” son y serán nuevas y originales y capaz de protección de derechos de Publishing en todo el universo;

**(C)** Que ninguna de “Las Composiciones”, o parte de éstas es una imitación o copia de cualquier otro material, o viola o infringe cualquier ley o derechos contractuales de cualquier parte, incluyendo, sin limitación, derechos contractuales, derechos de autor y derechos de privacidad, y que “El Autor” no ha vendido, cedido, arrendado, licenciado o de cualquier otra manera gravado dichos derechos.

**5. OTORGAMIENTO DE PODER.**

“El Autor” otorga poder irrevocable a “El Editor” y a cualquier persona que “El Editor” designe (con pleno poder de sustitución y delegación) para actuar en nombre y en lugar de “El Autor”, para realizar cualquier acto como firmar, ejecutar, reconocer y entregar todos y cada uno de los instrumentos o documentos que “El Editor” considere necesarios o pertinentes para otorgarle a “El Editor” cualquiera de los derechos otorgados por “El Autor” en virtud del presente contrato, incluyendo pero no limitado a los documentos requeridos para asegurar a “El Editor” las renovaciones y extensiones de los derechos de Publishing de “Las Composiciones”, en todo el Universo. “El Autor” reconoce y acepta que dicha autorización, poder y nombramiento se realiza con pleno conocimiento de sus alcances.

**6. COMPENSACIÓN.**

“El Editor” pagará a “El Autor” regalías por los derechos de songwriter/composer (autor o compositor) [redacted] “El Editor” por concepto de la explotación comercial de “Las Composiciones” y mantendrá para sí el cien por ciento (100%) de los ingresos que le corresponden por derechos de Publishing

**7. MECÁNICA DE PAGO DE REGALÍAS.**

**(A)** “El Editor” pagará a “El Autor” los ingresos recolectados y correspondientes por composición en YouTube en Estados Unidos el día (2) de cada mes del año a la cuenta bancaria: ______________________________________________

**(B)** Las demás regalías serán recibidas directamente por “El Autor” desde BMI/ASCAP.

**(C)** “El Editor” se compromete a pagar a “El Autor” las regalías correspondientes por concepto de derechos de autor a más tardar 30 (treinta días) después de recibirlas de acuerdo con las reglas establecidas por cada país.

**8. ACCIONES DE TERCEROS.**

**(A)** “El Autor” acuerda, y por la presente indemniza, ahorra y exime a “El Editor” y sus sucesores, cesionarios y licenciatarios de toda responsabilidad, pérdida, daño, costo y gasto (incluidos los gastos legales y honorarios de abogados) que surjan fuera de lo relacionado con cualquier incumplimiento de este contrato.

**(B)** “El Editor” está facultado para tomar las medidas que considere necesarias, ya sea a nombre de “El Autor” o a su propio nombre, contra cualquier persona para proteger todos los derechos e intereses adquiridos por “El Editor” conforme al presente contrato,

**(C)** “El Autor” deberá cooperar plenamente con “El Editor” en cualquier controversia que pueda surgir o en cualquier litigio que se puede presentar con respecto a los derechos e intereses obtenidos bajo el presente contrato

**9. ACUERDO COMPLETO.**

Este acuerdo reemplaza todas y cada una de las negociaciones previas, compromisos y acuerdos entre las partes con respecto al objeto del contrato. Cada una de las partes reconoce y acepta que no ha hecho compromisos que no se incluyan en el presente contrato.

**10. ASIGNACIÓN.**

“El Editor” tendrá el derecho de asignar, ceder, licenciar o transferir cualquiera o todos sus derechos, poderes, privilegios y obligaciones a cualquier persona adquirida en virtud del presente contrato.

**11. LICITUD DEL CONTRATO**.

“El Autor” se ha asegurado de que todo el material entregado a “El Editor” para la mejor consecución de sus objetivos no infringe ninguna ley, patente o ningún otro derecho de propiedad intelectual, y que no contraviene ninguna ley, orden, estatuto o regulación aplicable.

HEAVEN PUBLISHING

**12. AUSENCIA DE RECLAMACIÓN.**

"El Autor" no hará ninguna reclamación ni impondrá ninguna responsabilidad a "El Editor", sus subsidiarias, afiliadas, distribuidores, agentes etc., basándose en que se hubiera podido hacer más o un mejor negocio en el entendido de que "El Editor" sus subsidiarias, afiliadas, distribuidores, agentes, etc., harán siempre su mejor esfuerzo en la consecución del objeto de este contrato y sus objetivos.

**13. JURISDICCIÓN.**

Para la interpretación y cumplimiento de este contrato las Partes se someten expresamente a los tribunales competentes de la Ciudad de Houston, Estado de Texas en los Estados Unidos de Norteamérica, con renuncia de cualquier fuero por razón de domicilio.

**14.** "El Editor" en representación de *Heaven Publishing LLC* declara que es una sociedad legalmente constituida bajo las Leyes Americanas del Estado de Texas y [redacted]

**15.** "El Autor" declara que está plenamente capacitado para la firma y cumplimiento de este contrato con dirección: [redacted]

Este contrato se firma por ambas partes en la ciudad de Houston, TX el día 15 del mes de noviembre del año 2018.

Eliseo Tapia
Heaven Publishing LLC

Michael Rodriguez
El Autor

HEAVEN PUBLISHING

**ANEXO A**

Este documento es parte integrante del Contrato de Administración de Publishing (en adelante "El Contrato" celebrado entre **Heaven Publishing LLC** y **Michael Rodriguez** La siguiente lista de composiciones constituye lo que en "El Contrato" se denomina "Las Composiciones".

| | | | |
|---|---|---|---|
| A sus Pies | Michael | Rodriguez | 50 |
| Al Estar ante ti | Michael | Rodriguez | 33 |
| Alégrense los cielos | Michael | Rodriguez | 50 |
| Alzad oh puertas | Michael | Rodriguez | 33 |
| Antes de ti | Michael | Rodriguez | 50 |
| Arde mi corazón | Michael | Rodriguez | 50 |
| Bajo sus pies | Michael | Rodriguez | 50 |
| Bondadoso Dios | Michael | Rodriguez | 25 |
| Buscando Refugio | Michael | Rodriguez | 50 |
| Caigo Rendido | Michael | Rodriguez | 33 |
| Como Neblina | Michael | Rodriguez | 33 |
| Con tus Ojos | Michael | Rodriguez | 33 |
| Conocerte Mas | Michael | Rodriguez | 33 |
| Contigo Quiero Caminar | Michael | Rodriguez | 50 |
| Crece más mi amor por Ti | Michael | Rodriguez | 33 |
| Cúbreme | Michael | Rodriguez | 50 |
| Cuenta Conmigo | Michael | Rodriguez | 33 |
| Deseado de mi Alma | Michael | Rodriguez | 33 |
| Dios con Nosotros | Michael | Rodriguez | 50 |
| El brillo de mis Ojos | Michael | Rodriguez | 50 |
| En la Azotea | Michael | Rodriguez | 33 |
| En la Tormenta | Michael | Rodriguez | 33 |
| Eras Tu | Michael | Rodriguez | 50 |
| Eres mi Padre | Michael | Rodriguez | 33 |
| Es un Arte Ser Mama | Michael | Rodriguez | 14 |
| Escojo Vivir | Michael | Rodriguez | 33 |
| Este Dia Especial | Michael | Rodriguez | 50 |
| Fue por mi | Michael | Rodriguez | 33 |
| Fue tu Voz | Michael | Rodriguez | 33 |
| Habla el corazón | Michael | Rodriguez | 33 |
| Hasta Acabar mi viaje | Michael | Rodriguez | 33 |
| Hoy tengo libertad | Michael | Rodriguez | 50 |
| Indomable | Michael | Rodriguez | 33 |
| Jesus | Michael | Rodriguez | 33 |
| Jesus es Rey | Michael | Rodriguez | 33 |
| La niña y el lobo | Michael | Rodriguez | 33 |
| Luces de Colores | Michael | Rodriguez | 33 |
| Maria | Michael | Rodriguez | 50 |
| Mas alta | Michael | Rodriguez | 34 |
| Mas Alta que el cielo | Michael | Rodriguez | 34 |
| Mas que un Anhelo | Michael | Rodriguez | 33 |

HEAVEN PUBLISHING

| | | | |
|---|---|---|---|
| Me has atraído Jesus | Michael | Rodriguez | 50 |
| Mi vida te Dare | Michael | Rodriguez | 33 |
| Navidad ya va Llegando | Michael | Rodriguez | 25 |
| No hay Argumento | Michael | Rodriguez | 33 |
| No merecía Tanto Amor | Michael | Rodriguez | 33 |
| No tiene Final | Michael | Rodriguez | 50 |
| Nueva Historia | Michael | Rodriguez | 33 |
| Pero yo me acuerdo | Michael | Rodriguez | 33 |
| Postrado | Michael | Rodriguez | 33 |
| Prefiero a Cristo | Michael | Rodriguez | 50 |
| Que baje el cielo | Michael | Rodriguez | 33 |
| Que huyan los fantasmas | Michael | Rodriguez | 33 |
| Quema | Michael | Rodriguez | 33 |
| Quiero Entender | Michael | Rodriguez | 33 |
| Razones pa Vivir | Michael | Rodriguez | 50 |
| Respiro el Polvo | Michael | Rodriguez | 50 |
| Se Desbaratan mis sueños | Michael | Rodriguez | 33 |
| Si tu no estás conmigo | Michael | Rodriguez | 50 |
| Sobre la Cruz | Michael | Rodriguez | 50 |
| Sobre tu Regazo | Michael | Rodriguez | 33 |
| Sopla el Viento | Michael | Rodriguez | 33 |
| Tanta Gracia | Michael | Rodriguez | 33 |
| Te vengo a Bendecir | Michael | Rodriguez | 33 |
| Te veo otra Vez | Michael | Rodriguez | 33 |
| Tu amor en mi | Michael | Rodriguez | 33 |
| Tu estas Aquí | Michael | Rodriguez | 50 |
| Tu has sido Fiel | Michael | Rodriguez | 33 |
| Ven | Michael | Rodriguez | 33 |
| Ven te Necesito | Michael | Rodriguez | 33 |
| Vivire | Michael | Rodriguez | 33 |
| Ya Estoy Aquí | Michael | Rodriguez | 50 |
| Yo no Esperaba | Michael | Rodriguez | 33 |

**Eliseo Tapia**
**Heaven Publishing LLC**

Michael Rodriguez
**Autor**