# Ex. 3

**SCHEDULE- B**
**TO THE EXCLUSIVE ADMINISTRATION AGREEMENT DATED NOVEMBER 15, 2018**

**INSTRUMENT OF TRANSFER OF EXCLUSIVE ADMINISTRATION AND EXPLOITATION RIGHTS OF MICHAEL RODRÍGUEZ MUSICAL COMPOSITIONS**

The undersigned, Michael Rodríguez ("Author") owns or controls the musical works listed on **Schedule 1** ("Works") attached hereto and incorporated by reference, including, without limitation, the copyrights and any other rights relating to the Works (including administration rights), now known or which may hereafter be recognized or come into existence, and any and all renewals and extensions of such copyrights and other rights under applicable laws, treaties, regulations and directives now or hereafter enacted or in effect.

**Territory.** The Universe.

**Transfer of Exclusive Administration Rights:** Subject to the terms of the Exclusive Administration Agreement between Author and Heaven Publishing, LLC ("Administrator") dated November 15, 2018, Author, for good and valuable consideration, receipt of which is hereby acknowledged, sells, transfers, conveys and assigns to Administrator, its successors and assigns, the sole, perpetual and exclusive right throughout the Territory to administer exclusively, control, use, license, exploit and otherwise deal with the Works (individually and collectively) in any and all media and by any and all other means, devices, methods, configurations or technologies, whether now known or which may hereafter be conceived, developed or come into existence and to collect income in connection therewith whenever earned (including, without limitation, income earned prior to the date of this grant). The foregoing grant includes, without limitation, the right to distribute, reproduce, publicly perform and exhibit, make derivative works, print, publish, sell, dramatize, use, synchronize and license the use of the Works; to execute in its own name any and all licenses and agreements whatsoever affecting or respecting the Works, including but not limited to licenses for mechanical reproduction, public performance, dramatic uses, synchronization uses, and sub publication, and to assign or license such rights to others. The Works shall be registered by Administrator in the U.S. Copyright Office.

**Governing Law.** This Assignment shall be governed by and construed and enforced in accordance with the laws of the State of Texas applicable to agreements made, executed and wholly to be performed therein, without the application of any of the principles of rules of conflicts or choice of laws. The Courts of the State of Texas shall be the exclusive forum for the adjudication of all disputed hereunder.

**IN WITNESS WHEREOF,** Author has executed this instrument on this 12 day of December, 2022.

Author

DocuSigned by:
Mike Rodriguez
CBD1B625C0D0412...

Michael Rodríguez

.93;2658Ã/8<479:4Ã1 *Ã0&)#!0+-Ã&0+ Ã$-+-Ã(%0$Ã"#)0!&!(0('%


# SCHEDULE A—MICHAEL RODRÍGUEZ MUSICAL WORKS

1. A sus pies
2. Al Estar aante Ti
3. Alégrense los Cielos
4. Alzad Oh Puertas
5. Antes de Ti
6. Arde mi Corzón
7. Bajo sus Pies
8. Bondadoso Dios
9. Buscando refugio
10. Caigo Rendido
11. Como Neblina
12. Con tus Ojos
13. Conocerte Mas
14. Contigo Quiero Caminar
15. Crece mas mi amor por Ti
16. Cubreme
17. Cuenta Conmigo
18. Deseado de mi Alma
19. Dios con Nosotros
20. El brillo de mis ojos
21. En la Azotea
22. En la Tormenta
23. Eras Tu
24. Eres mi Padre
25. Es un arte ser mamá
26. Escojo Vivir
27. Este dia Especial
28. Fue por mi
29. Fue tu Voz
30. Habla el corazon
31. Hasta acabar mi viaje
32. Hoy tengo Libertad
33. Indomable
34. Jesus
35. Jesus es Rey
36. La niña y el Lobo
37. Luces de colores
38. Maria
39. Mas Alta
40. Mas Alta que el Cielo
41. Mas que un Anhelo
42. Me has atraido Jesus
43. Mi vida te dare
44. Navidad Ya va llegando
45. No hay Argumento
46. No merecia tanto amor
47. No tiene final
48. Nueva Historia
49. Pero yo me acuerdo



.93;2658Ã/8<479:4Ã1 *Ã0&)#!0+-À&0+ À$-+-À(%0$À"#)0!&!(0('%

50. Postrado
51. Prefiero a Cristo
52. Que baje el Cielo
53. Que huyan los fantasman
54. Quema
55. Quiero Entender
56. Razones pa Vivir
57. Respiro el Polvo
58. Se desbaratan mis sueños
59. Si tu no estas conmigo
60. Si ves a  mi amado
61. Siempre estaras
62. Sobre la Cruz
63. Sobre tu Regazo
64. Sopla el Viento
65. Tanta Gracia
66. Te vengo a Bendecir
67. Te veo otra vez
68. Tu amor en mi
69. Tu estas Aqui
70. Tu has sido fiel
71. Ven
72. Ven te necesito ft. Jesus Adrian
73. Vivire
74. Ya estoy Aqui
75. Yo no Esperaba

**IN WITNESS WHEREOF,** Assignor has executed this instrument on this 12 day of December 2022.

Author

DocuSigned by:
Mike Rodriguez
CBD1B625C0D0412...

Michael Rodríguez