# Ex. 4

# Amendment

This Amendment ("**Amendment**") is entered into and effective as of November 15, 2018 (the "**Effective Date**") by and between Heaven Publishing LLC c/o Eliseo Tapia with an address of 819 Cypresswood Bend, Spring, TX 77373 ("**Publisher" or** "**Administrator**") and Michael Rodriguez with an address of 2648 E. Covina St., Mesa, AZ 85213 ("**Writer**"). Publisher and Writer are each a "party" and collectively the "parties."

WHEREAS, effective on or about November 15, 2018, the parties entered into an exclusive administration agreement (the **"Administration Agreement"**) with respect to the musical compositions written by Writer (each a "**Composition**" and collectively the "**Compositions**") listed on *Schedule A*, attached thereto;

WHEREAS, effective on or about November 15, 2018, the parties concurrently entered into a related exclusive publishing agreement (the "**Publishing Agreement**") regarding the Compositions;

WHEREAS, on or about December 12, 2022, the parties entered into an amendment (the "**2022 Amendment**") of the Administration Agreement;

WHEREAS, the parties agree and acknowledge that it has always been their intent that the Administration Agreement, as amended in the 2022 Amendment, and the Publishing Agreement have been and shall remain coterminous as of the date of November 15, 2018, which was the effective date of said agreements;

WHEREAS, all defined terms not defined herein shall have the meanings ascribed in the Administration Agreement, the Publishing Agreement, and the 2022 Amendment, respectively;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree to hereby amend said agreements as follows:

1. Pursuant to clause 3 of the Administration Agreement and pursuant to clauses 1(A) and 1(F) of the Publishing Agreement, the parties agree and acknowledge that the duration of the said agreements shall continue to automatically renew for successive two (2) year periods first commencing on November 15, 2018 (each a "**Period**", and collectively the "**Term**"), unless the then-current Period is terminated pursuant to clause 2 of this Amendment below. Each Period may be subsequently hereinafter referred to as the "First Period", "Second Period", "Third Period", etc. For purposes of clarity, the parties agree and acknowledge the current Period (i.e., the Third Period) shall automatically renew on November 15, 2024, unless terminated as specified in clause 2 below.

2. The parties agree and acknowledge to the following:

"Either party may terminate the Publishing Agreement and/or the Administration Agreement, provided that the terminating party provides the other party with advance prior written notice of such termination, no less than sixty (60) days prior to the expiration of the then-current Period. In the event no written notice of termination is served as specified herein, the Term of the respective agreement shall extend automatically pursuant to the terms as specified in clause 1 of this Amendment."

3. The parties agree and acknowledge that the current Period and each subsequent Period hereinafter shall be on the same terms and conditions of the Administration Agreement, the Publishing Agreement and the 2022 Amendment, except as modified herein.

Except as expressly amended by this Amendment, the Administration Agreement as amended in the 2022 Amendment and the Publishing Agreement are hereby ratified and confirmed in all respects. All other provisions of the Administration Agreement as amended in the 2022 Amendment and the Publishing Agreement shall remain in full force and effect, it being understood that, in the event of a conflict between the terms of this Amendment and said agreements, the terms of this Amendment will govern.

**ACCEPTED AND AGREED TO:**

**HEAVEN PUBLISHING LLC**

________________________________
Eliseo Tapia, as authorized representative

**ACCEPTED AND AGREED TO:**

**MICHAEL RODRIGUEZ**

________________________________



153906737.1